# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADALUXE GROUP, LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>DAHLEN KOK HAN WEE,<br><br>        Defendant. | Case No. 8:22-cv-01926-WLH-KES<br>Honorable Judge Wesley L. Hsu<br><br>**JUDGMENT [130]** |

Pursuant to the Court's Order finding in favor of Plaintiff Madaluxe Group, LLC's in connection with its request for Declaratory Relief (Order, Docket No. 129), it is hereby ordered, adjudged and decreed that judgment is entered in favor of Plaintiff Madaluxe Group, LLC and against Defendant Dahlen Kok Han Wee:

1. Madaluxe did not infringe Wee's copyrights;
2. Madaluxe did not breach the 2022 Agreement;
3. As the prevailing party, Madaluxe shall recover its costs of suit; and
4. The parties shall pay their own attorneys' fees.

**IT IS SO ORDERED**.

Dated: 7/10/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE